APPEAL No. 75-147. CLAIRE GRENIER v. ROYAL CAB, INC. Motion of plaintiff to dismiss the appeal for failure to comply with Rule 17 is denied. Motion to affirm the judgment below under Rule 16(g) is denied. Roberts, C. J. not participating. *William P. Butler, Claude F. Lefebvre,* for plaintiff. *Gunning, LaFazia & Gnys, Inc., Richard T. Linn,* for defendant.

November 13, 1975.

M. P. No. 75-137. MICHAEL O. MASSEY v. JAMES W. MULLEN, *Warden.* Case is assigned to the argument calendar for December 1, 1975. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-174. ROGER A. PERRON v. ZONING BOARD OF REVIEW OF THE TOWN OF BURRILLVILLE. Motion of the respondent to affirm the judgment below pursuant to Rule 16(g) is denied since said rule does not apply to petitions for certiorari. *Pucci & Goldin, Samuel A. Olevson,* for petitioner. *Irving I. Zimmerman, Phillip Koutsogiane,* for respondent.

M. P. No. 75-295. ROBERT MOORADIAN v. JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with provisions of Rule 14. *Nugent & Nugent, J. Joseph Nugent,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 75-298. HARRY L. ANDREWS v. ROBERT H. MAGUIRE *et al.* Petition in equity in the nature of quo warranto is denied without prejudice. *A. Earl Shaw, Jr.,* for petitioner. *V. James Santaniello,* Town Solicitor, for respondents.